IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREN HENDERSON,

      Plaintiff,                    No. CIV S-06-1920 LKK DAD P

    vs.

T. FELKNER,

      Defendant.            ORDER

/

        Plaintiff, a state prisoner proceeding pro se, sought relief pursuant to 42 U.S.C. § 1983. Judgment was entered in this action on May 8, 2007. On May 17, 2007, plaintiff filed a notice of appeal and on June 11, 2007, plaintiff filed a motion for leave to proceed in forma pauperis on appeal.

        The Federal Rules of Appellate Procedure provide as follows:

> [A] party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

Fed. R. App. P. 24(a). After review of the record herein, the court finds that plaintiff's appeal is not taken in good faith. Accordingly, plaintiff's motion for leave to proceed in forma pauperis on appeal is denied.

1

1   In accordance with the above, IT IS HEREBY ORDERED that plaintiff's June
2  11, 2007 motion to proceed in forma pauperis on appeal is denied.  <u>See</u> Fed. R. App. P. 24(a).
3  DATED:   July 5, 2007.

```
                          /s/ Lawrence K. Karlton
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```